**BROWN & CONNERY, LLP**
William F. Cook, Esquire
360 North Haddon Avenue
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for the Township of East Greenwich,*
*Chief Anthony Francesco, and Michael E. Robostello*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EDWARD EIVICH,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EAST GREENWICH TOWNSHIP, MICHAEL E. ROBOSTELLO; CHIEF OF POLICE ANTHONY FRANCESCO; STANLEY D. ATKINSON III; JOHN DOES 1-10 (fictitious designation for currently unidentified individuals); ABC CORPORATIONS 1-10 (fictitious designation for currently unidentified entities).**<br><br>**Defendants.** | Docket No. 1:20-cv-6851 (ESK-EAP)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT ON BEHALF OF TOWNSHIP DEFENDANTS** |

**TO:** Honorable Edward S. Kiel, U.S.D.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

**Shanna McCann, Esq.**
Chance & McCann, LLC
201 West Commerce Street
Bridgeton, New Jersey 08302

**PLEASE TAKE NOTICE** that Defendants Township of East Greenwich, Michael Robostello, and Anthony Francesco ("Township Defendants") hereby move for summary judgment pursuant to Fed. R. Civ. P. 56.

**PLEASE TAKE FURTHER NOTICE** that the Township Defendants shall rely upon the attached Brief in Support of Motion, Statement of Undisputed Material Facts, and Certification of Counsel with accompanying Exhibits. A Proposed Form of Order is also submitted.

**PLEASE TAKE FURTHER NOTICE** that Township Defendants request oral argument only if opposition is filed.

Respectfully submitted,

**BROWN & CONNERY, LLP**
*Attorneys for Township Defendants*

Dated: December 13, 2024         */s/ William F. Cook*
                                 William F. Cook, Esq.