Law Offices
# CHANCE & McCANN
*Limited Liability Company*
201 WEST COMMERCE STREET
BRIDGETON, NJ 08302
(856) 451 9100
FAX (856) 455 5227

Email: shannamccann@chancemccann.com                    Website: www.chancemccann.com

**KEVIN P. McCANN**                                      **SHANNA McCANN** *°
                                                         **MATTHEW WENG**

CERTIFIED BY THE SUPREME COURT OF NEW
   JERSEY AS A CIVIL TRIAL ATTORNEY
CERTIFIED BY THE NATIONAL BOARD OF TRIAL                 * ALSO A MEMBER OF THE PA BAR
   ADVOCACY AS A CIVIL TRIAL ADVOCATE                    ° CERTIFIED BY THE SUPREME COURT OF
MEMBER OF THE UNITED STATES DISTRICT                        NEW JERSEY AS A MUNICIPAL COURT
   COURT OF THE SOUTHERN DISTRICT OF TEXAS                  LAW ATTORNEY
L.L.M. TAXATION
R.1:40 QUALIFIED MEDIATOR

January 2, 2025                                  
                                                 **ORDER**

Honorable Edward S. Keil, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:   Edward Eivich, Sr. v. East Greenwich Twp, et al.
      Civil Action No: 1:20-CV-06851-NLH-EAP

Dear Judge Keil:

I represent the plaintiff, Edward Eivich, Sr., in the above-captioned action.  I am writing to request the motion scheduled for January 21, 2025 (Docket #119) be carried one cycle to February 3, 2025.  I have consent from our adversary, William Cook, Esquire.

Thank you for your attention to this matter.  If you have any questions or concerns please feel free to contact me.

                                        Very truly yours,
                                        CHANCE & McCANN

                                        /S/ SHANNA McCANN
                                        SHANNA McCANN

cc:   all counsel of record   via ECF

**So Ordered.**

_____/s/ Edward S. Kiel_____
**Edward S. Kiel, U.S.D.J.**
**Date: January 3, 2025**