Law Offices

# CHANCE & McCANN

*Limited Liability Company*
**201 WEST COMMERCE STREET**
**PO B0X 278**
**BRIDGETON, NJ 08302**
**(856) 451 9100**
**FAX (856) 455 5227**

Email: shannamccann@chancemccann.com    Website: www.chancemccann.com

**WOODSTOWN OFFICE**
*By Appointment Only*
**(856) 769 9001**

**KEVIN P. McCANN**    **SHANNA McCANN \*°**
**MATTHEW WENG**

CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
CERTIFIED BY THE NATIONAL BOARD OF TRIAL ADVOCACY AS A CIVIL TRIAL ADVOCATE
MEMBER OF THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF TEXAS
L.L.M. TAXATION
R.1:40 QUALIFIED MEDIATOR

\* ALSO A MEMBER OF THE PA BAR
° CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MUNICIPAL COURT LAW ATTORNEY

September 26, 2025

Hon. Edward S. Kiel, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets, Courtroom #A
Camden, NJ 08101

Re:   Edward Eivich, Sr. v. East Greenwich Twp, et al.
      Civil Action No: 1:20-CV-06851-NLH-EAP
      **Request for Trial Date Availability**

Dear Judge Kiel:

I write on behalf of Plaintiff pursuant to the Court's September 22, 2025, AMENDED SCHEDULING ORDER (ECF 135) to advise of counsel's availability. Plaintiff's counsel, Kevin P. McCann, Esq., and Shanna McCann, Esq., intend to try this matter jointly.

For the balance of 2025, Ms. McCann is serving as a part-time municipal prosecutor and is typically scheduled in court three to four days per week. Because of those court obligations and pre-planned family vacations in December 2025, coverage is difficult to arrange on short notice. Therefore, we respectfully request that trial dates be set far enough in advance to allow adequate coordination.

Looking forward to 2026, Ms. McCann may not continue in her prosecutor roles; however, even if she does, it will be substantially easier to secure coverage well in advance. At this time, the primary additional dates in January and February 2026 on which Shanna McCann, Esq. is unavailable due to other firm-related or personal conflicts are:

   January 28, 2026, through February 2, 2026, when Ms. McCann will be out of town for a family wedding.
   February 4, 2026, Mediation A.D. v. Hildreth
   February 11, 2026, Board of Trustees Meeting: Founding Forward

For Kevin P. McCann, Esq. in addition to regularly scheduled Gloucester County Insurance Committee meetings his primary unavailability in January and February 2026, is as follows:

   January 7, 2025, Mediation Lauren Canna v. John Wallace
   February 4, 2026, Mediation A.D. v. Hildreth

Also pursuant to the Court's September 22, 2025, Amended Scheduling Order (ECF 135), the parties must finalize and submit their Joint Pretrial Order no later than October 14, 2025. Judge Pascal previously directed the parties to include all motions in limine and motions for protective order within the Joint Pretrial Order for resolution in advance of trial. In light of that directive, Plaintiff respectfully submits that the pending Motion in Limine (ECF 138) should be considered alongside the other future motions in limine that will be included with the Joint Pretrial Order and heard at the time set by the Court for such motions. On September 24, 2025, counsel received an e-filing notification from the court that the Motion to Preclude or to exclude or limit defendant's police practices expert's testimony/Daubert Motion is no longer referred to the Magistrate Judge. The Motion is to be decided by the District Judge. We believe that hearing these motions together with the remaining pretrial motions will promote judicial efficiency and allow the Court to consider all evidentiary issues in a coordinated manner prior to trial.

Thank you for the Court's attention to this scheduling matter.

                                                          Respectfully submitted,
                                                          CHANCE & MCCANN
                                                          /s/ *Shanna McCann*
                                                          /s/ *Kevin McCann*
                                                          SHANNA MCCANN
                                                          KEVIN MCCANN

cc:       all counsel of record via ECF